UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MIDDLE TENNESSEE OCCUPATIONAL AND ENVIRONMENTAL MEDICINE, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3-05-0218 Judge Echols |
| FIRST HEALTH GROUP CORP. | ) ) | |
| Defendant. | ) | |

**ORDER**

For the reasons stated in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendant First Health Group Corp.'s Renewed Motion to Dismiss (Docket Entry No. 14) is hereby GRANTED IN PART AND DENIED IN PART;

(2) Plaintiff's claims for conversion under Count One; for violation of the Tennessee Consumer Protection Act under Count Three; and for unjust enrichment under Count Four of the Amended Complaint (Docket Entry No. 12) are hereby DISMISSED WITH PREJUDICE;

(3) Defendant's Renewed Motion to Dismiss Plaintiff's request for a Declaratory Judgment as set forth in Count Two of the Amended Complaint is DENIED; and

1

(4) This case is referred to the Magistrate Judge for further pretrial management in accordance with Local Rule 11.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

2